IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


EDD COX, JR.,

    Plaintiff,

v.                                                         CASE NO. 4:06-cv-00013-MP-WCS

JAMES V. CROSBY,
and GARY M. THOMAS,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 23, Report and Recommendation of the Magistrate Judge. In his report, the Magistrate recommends that Plaintiff's amended complaint, Doc. 22, be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Magistrate Judge filed the Report and Recommendation on Thursday, July 27, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Petitioner has filed objections to the Magistrate's report, Doc. 24. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted. In his objections, Plaintiff alleges a violation of his due process rights and the right of access to the courts caused by the Florida Department of Corrections' policy requiring inmates to pay for

photocopies. Specifically, Plaintiff challenges the practice of imposing liens against the bank accounts of indigent inmates as reimbursement for photocopying expenses, arguing that such services should be free. The central concern of the guarantee of access to the courts is "insur[ing] that inmate access is adequate, effective, and meaningful." Bounds v. Smith, 430 U.S. 817, 822 (1977). However, as the Magistrate points out, "'This right has never been interpreted to mean that an inmate's access must also be free of charge.'" Doc. 23 at 2 (quoting Beck v. Symington, 972 F. Supp. 532, 534 (D. Ariz. 1997)). Because Plaintiff is able to use the photocopier irrespective of financial ability, subject only to payment later when such funds become available, it is difficult to locate any right denied him. Therefore, having considered the Report and Recommendation and objections thereto filed, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's amended complaint is dismissed for failure to state a claim upon which relief may be granted.

3. The clerk of court is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    **DONE AND ORDERED** this __9th__ day of August, 2006.

                                 *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge